No. 75–6883. SOTELO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 75–6884. ARMSTEAD v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6886. MONTILLA v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 75–6887. WILLIS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 75–6889. GOMORI v. ARNOLD ET AL. C. A. 3d Cir. Certiorari denied. 

No. 75–6890. WRIGHT v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied. 

No. 75–6893. VACENDAK v. INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 75–6896. THANASOURAS v. POLICE BOARD, CITY OF CHICAGO, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 75–6897. MORGAN v. REES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–6899. PIERSON v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6900. ROBINSON v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6903. WOOTEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 75–6906. SMITH v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.